# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FRANCIS ENWONWU, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 2:24-cv-00320-NT |
| | ) |
| KEVIN JOYCE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before me are Francis Enwonwu's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Writ of Mandamus (the "**Petition**") (ECF Nos. 1, 9), two objected-to Recommended Decisions by the Magistrate Judge on the Petition (ECF Nos. 6, 11), and Mr. Enwonwu's motion to change venue (ECF No. 8).

The Magistrate Judge recommended dismissal of the Petition in part because Mr. Enwonwu had not been in U.S. Immigration and Customs Enforcement ("ICE") custody pending removal for more than six months at the time he filed his Petition. Based on the fact that Mr. Enwonwu has now been in ICE custody for more than six months, and based on the fact that Mr. Enwonwu is no longer in the custody of the Cumberland County Sheriff's Office in Maine but was moved into an ICE detention facility in Louisiana and has been there since December of 2024 (ECF No. 5), and based on the fact that Mr. Enwonwu's claims can best be addressed in Louisiana, the motion for change of venue (ECF No. 8) is **GRANTED**. *See* 28 U.S.C. § 1404(a); *Stewart Org., Inc. v. Ricoh Corp.,* 487 U.S. 22, 29 (1988) (internal quotations and

citation omitted) ("Section 1404(a) is intended to place discretion in the district court to adjudicate motions for transfer according to an individualized, case-by-case consideration of convenience and fairness.").

Accordingly, the Report and Recommended Decision (ECF No. 6) and Supplemental Report and Recommended Decision (ECF No. 11) of the Magistrate Judge are now mooted, and the case, including Mr. Enwonwu's pending Petition, will be transferred to the U.S. District Court for the Western District of Louisiana.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 24th day of February, 2025.